# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **APRIL DAWN DENNIS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **NO. 16-6561** |
| **NANCY A. BERRYHILL,**[1] | : | |
| **Acting Commissioner of Social Security,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this __6TH__ day of June, 2018, upon consideration of the Plaintiff's Request

for Review (ECF No. 13), and Defendant's response thereto (ECF No. 18), IT IS HEREBY

ORDERED for the reasons provided in the accompanying Memorandum that:

1.      The Plaintiff's Request for Review is **GRANTED**;

2.      This matter is **REMANDED** to the Commissioner, pursuant to sentence four of

42 U.S.C. § 405(g) for further proceedings consistent with the Court's Memorandum

accompanying this Order; and

3.      This case shall be marked **CLOSED** for statistical purposes.


BY THE COURT:


      /s/ Lynne A. Sitarski

LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Berryhill should be substituted for the former Acting Commissioner, Carolyn Colvin, as the defendant in this action.